People of the State of Illinois, Plaintiff-Appellee, v. Robert Ray, Defendant-Appellant.

Gen. No. 53,282. (Abstract of Decision.)

First District, Second Division.

November 4, 1969.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Clare Hillyard and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and John R. McClory, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE BURKE. Not to be published in full.